## 24947.   HUTTO *v.* THE STATE.

BROYLES, C. J.   The defendant was convicted of an assault with intent to murder.   The evidence, while conflicting, authorized the verdict; and the court did not err in overruling the motion for a new trial, which contained the usual general grounds only.

> *Judgment affirmed.   MacIntyre and Guerry, JJ., concur.*
> DECIDED JUNE 27, 1935.

*W. J. Wallace,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.